**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LOVE ME RIGHT PET CARE, *Plaintiffs*, v. HOWARD SCHNEIDER and HOWIE SKI PRODUCTIONS, *Defendants* | Civil Action No. 14-cv-3373 **ORDER** |

Whereas, there are two motions before the Court. The first is a motion for default judgment brought by Plaintiff, Love Me Right Pet Care, LLC (ECF No. 9). In addition, in his brief, Defendant, Howard Schneider, doing business as Howie Ski Productions, cross moves to vacate the entry of default and to enter a defense (ECF No. 10); and

Whereas, default was entered on July 17, 2014; and

Whereas, the Defendant has disputed many of Plaintiff's allegations; and appears to allege a bona fide defense; and

Whereas, although there was a brief delay in Defendant's failure to answer, it was not substantial as to cause any prejudice to Plaintiff;

Therefore, IT IS on this 24th day of March, 2015;

ORDERED that the motion to enter default judgment (ECF No. 9) is denied; and it is further

ORDERED that Defendant may file an answer or otherwise plead within thirty (30) days of this Order.

_____
PETER G. SHERIDAN, U.S.D.J.